**John Sexton, Trading as John Sexton and Company, Appellee, v. Commonwealth Edison Company, Appellant.**

Gen. No. 43,918.

opinion filed June 25, 1947; released for publication July 18, 1947. Isham, Lincoln & Beale, for appellant; James P. Dillie, of counsel; Tarpey, Fullenkamp & Tobin, for appellee. Opinion by JUSTICE KILEY. **Not to be published in full.**